# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: DAHLENBURG, DEAN L | § Case No. 12-80444 |
|      DAHLENBURG, GLORIA J | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 327 South Church Street, Room #1100
Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/17/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  11/24/2014        By:  /s/JOSEPH D. OLSEN
                                                                                                                  Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: DAHLENBURG, DEAN L § Case No. 12-80444
       DAHLENBURG, GLORIA J §
                            §
Debtor(s)                   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 236,410.00 |
| *and approved disbursements of* | $ | 124,947.97 |
| *leaving a balance on hand of* [1] | $ | 111,462.03 |
| **Balance on hand:** | $ | 111,462.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 111,462.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 9,683.67 | 0.00 | 9,683.67 |
| Trustee, Expenses - JOSEPH D. OLSEN | 66.15 | 0.00 | 66.15 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,375.00 | 0.00 | 1,375.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 11,124.82 |
| Remaining balance: | $ 100,337.21 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 100,337.21 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 100,337.21 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,504.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Bank, N.A. | 7,015.93 | 0.00 | 7,015.93 |
| 2 | Midland Funding LLC | 5,877.35 | 0.00 | 5,877.35 |
| 3 | FIA CARD SERVICES, N.A. | 7,692.03 | 0.00 | 7,692.03 |
| 4 | PYOD, LLC its successors and assigns as assignee | 1,919.47 | 0.00 | 1,919.47 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 22,504.78 |
| Remaining balance: | $ | 77,832.43 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $         0.00
Remaining balance:   $    77,832.43

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $         0.00
Remaining balance:   $    77,832.43

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $95.81.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 77,736.62.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH D. OLSEN
                                                           Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Dean L Dahlenburg
Gloria J Dahlenburg
    Debtors

Case No. 12-80444-TML
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 1     Date Rcvd: Nov 25, 2014
                   Form ID: pdf006     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2014.
```
db/jdb       +Dean L Dahlenburg,    Gloria J Dahlenburg,    5748 Peachstone Place,    Loves Park, IL 61111-8308
18473292     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79999)
18473293      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
18473295     +FOREST HILLS VILLAGE,    7927 Forest Hills Road,    Loves Park, IL 61111-3311
18473294     +Fifth Third Bank,    7100 W. Oakton,    Niles, IL 60714-3029
18473296     +Green Hill Financial LLC,    6547 Avondale,    #301B,    Chicago, IL 60631-1573
18473297      HSBC/Menards,    P.O. Box 5893,    Carol Stream, IL 60197-5893
18473299      Sears Credit Cards,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
18794770     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank, N.A.,    Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, Ohio 45201-5229)
18473300      Union Plus Credit Card,    P.O. Box 80027,    Salinas, CA 93912-0027
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18873901       E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2014 01:32:45     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19932230       E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2014 01:34:02     Midland Funding LLC,
               By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,    Miami, FL 33131-1605
19084590     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 26 2014 01:33:59
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
19932231       E-mail/PDF: rmscedi@recoverycorp.com Nov 26 2014 01:32:51
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
18473298       E-mail/PDF: gecsedi@recoverycorp.com Nov 26 2014 01:32:52     Sam's Club,    P.O. Box 965003,
               Orlando, FL 32896-5003
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18879312*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
18473301*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    P.O. Box 6349,    Fargo, ND 58125-6349)
                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2014                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2014 at the address(es) listed below:
```
              Brian A Hart    on behalf of Joint Debtor Gloria J Dahlenburg brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              Brian A Hart    on behalf of Debtor Dean L Dahlenburg brian@rockfordbankruptcy.com,
               vanessa@rockfordbankruptcy.com;amy@rockfordbankruptcy.com
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Donald L. Newman    on behalf of Creditor   Green Hill Financial LLC dnewmanassoc@yahoo.com,
               dnewmanassoc@yahoo.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen jolsenlaw@aol.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                              TOTAL: 7
```