# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DAHLENBURG, DEAN L    § Case No. 12-80444
       DAHLENBURG, GLORIA J  §
                             §
Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $82,049.00                     Assets Exempt: $39,047.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $22,600.59      Claims Discharged
                                                 Without Payment: $20,926.39

Total Expenses of Administration: $106,072.79

---

3) Total gross receipts of $ 236,410.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 107,736.62 (see **Exhibit 2**), yielded net receipts of $128,673.38 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $73,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,375.00 | 106,072.79 | 106,072.79 | 106,072.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,493.69 | 22,600.59 | 22,600.59 | 22,600.59 |
| **TOTAL DISBURSEMENTS** | $109,868.69 | $128,673.38 | $128,673.38 | $128,673.38 |

4) This case was originally filed under Chapter 7 on February 13, 2012. The case was pending for 37 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/18/2015          By: /s/JOSEPH D. OLSEN
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Medical malpractice. Attorney McAllister has bee | 1142-000 | 236,410.00 |
| **TOTAL GROSS RECEIPTS** | | **$236,410.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Dean Dahlenburg and Gloria Dahlenburg | Per 10/15/14 Order - Debtors' exemption | 8100-002 | 30,000.00 |
| DAHLENBURG, DEAN L | Dividend paid 100.00% on $77,736.62; Claim# SURPLUS; Filed: $77,736.62; Reference: | 8200-003 | 0.00 |
| Dean and Gloria Dahlenburg | Surplus to Debtors | 8200-002 | 77,736.62 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$107,736.62** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 4110-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Hill Financial LLC | 4110-000 | 69,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$73,000.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 9,683.67 | 9,683.67 | 9,683.67 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 66.15 | 66.15 | 66.15 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,375.00 | 1,375.00 | 1,375.00 |
| Gary D. McCallister & Associate, LLC | 3210-600 | N/A | 58,683.33 | 58,683.33 | 58,683.33 |
| Law Offices of Crosby & Associates, LLC | 3210-600 | N/A | 29,341.67 | 29,341.67 | 29,341.67 |
| Gary D. McCallister & Associates, LLC | 3220-610 | N/A | 6,922.97 | 6,922.97 | 6,922.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $106,072.79 | $106,072.79 | $106,072.79 |

# EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

# EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

# EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Bank, N.A. | 7100-000 | 6,901.70 | 7,015.93 | 7,015.93 | 7,015.93 |
| 1I | U.S. Bank, N.A. | 7990-000 | N/A | 29.87 | 29.87 | 29.87 |
| 2 | Midland Funding LLC | 7100-000 | 5,725.80 | 5,877.35 | 5,877.35 | 5,877.35 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | Midland Funding LLC | 7990-000 | N/A | 25.02 | 25.02 | 25.02 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 7,692.03 | 7,692.03 | 7,692.03 |
| 3I | FIA CARD SERVICES, N.A. | 7990-000 | N/A | 32.75 | 32.75 | 32.75 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 1,939.80 | 1,919.47 | 1,919.47 | 1,919.47 |
| 4I | PYOD, LLC its successors and assigns as assignee | 7990-000 | N/A | 8.17 | 8.17 | 8.17 |
| NOTFILED | Chase | 7100-000 | 8,794.27 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,680.21 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | 1,791.13 | N/A | N/A | 0.00 |
| NOTFILED | Union Plus Credit Card | 7100-000 | 2,660.78 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$35,493.69** | **$22,600.59** | **$22,600.59** | **$22,600.59** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-80444  
**Case Name:** DAHLENBURG, DEAN L  
DAHLENBURG, GLORIA J  
**Period Ending:** 02/18/15

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/13/12 (f)  
**§341(a) Meeting Date:** 03/15/12  
**Claims Bar Date:** 07/02/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking account with Alpine Bank | 200.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account with PNC | 1.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Riverside Community Bank | 20.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Term policty with Chrysler | 1.00 | 0.00 | | 0.00 | FA |
| 7 | Term policy with Monumental | 1.00 | 0.00 | | 0.00 | FA |
| 8 | Pension | Unknown | 0.00 | | 0.00 | FA |
| 9 | Anticipated tax refund | 526.00 | 0.00 | | 0.00 | FA |
| 10 | Medical malpractice. Attorney McAllister has bee | Unknown | 50,000.00 | | 236,410.00 | FA |
| 11 | 2010 Chevy HHR | 10,000.00 | 0.00 | | 0.00 | FA |
| 12 | Mobile home Debtors own the mobile home but not | 69,000.00 | 0.00 | | 0.00 | FA |
| 12 | Assets   Totals (Excluding unknown values) | **$82,049.00** | **$50,000.00** | | **$236,410.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015   **Current Projected Date Of Final Report (TFR):**   November 24, 2014  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-80444  
**Case Name:** DAHLENBURG, DEAN L  
               DAHLENBURG, GLORIA J  
**Taxpayer ID #:** **-***9783  
**Period Ending:** 02/18/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/15/14 | {10} | U.S. ASR Hip Settlement | settlement funds from lawsuit | 1142-000 | 1,410.00 | | 1,410.00 |
| 10/15/14 | {10} | U.S. ASR HIP Settlement | PI settlement | 1142-000 | 235,000.00 | | 236,410.00 |
| 10/20/14 | 101 | Gary D. McCallister & Associate, LLC | Per 10/15/14 Order - Pay outside counsel | 3210-600 | | 58,683.33 | 177,726.67 |
| 10/20/14 | 102 | Law Offices of Crosby & Associates, LLC | Per 10/15/14 Order | 3210-600 | | 29,341.67 | 148,385.00 |
| 10/20/14 | 103 | Gary D. McCallister & Associates, LLC | Per 10/15/14 Order - Outside counsel expenses | 3220-610 | | 6,922.97 | 141,462.03 |
| 10/20/14 | 104 | Dean Dahlenburg and Gloria Dahlenburg | Per 10/15/14 Order - Debtors' exemption | 8100-002 | | 30,000.00 | 111,462.03 |
| 12/18/14 | 105 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,375.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,375.00 | 110,087.03 |
| 12/18/14 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $9,683.67, Trustee Compensation; Reference: | 2100-000 | | 9,683.67 | 100,403.36 |
| 12/18/14 | 107 | JOSEPH D. OLSEN | Dividend paid 100.00% on $66.15, Trustee Expenses; Reference: | 2200-000 | | 66.15 | 100,337.21 |
| 12/18/14 | 108 | DAHLENBURG, DEAN L | Dividend paid 100.00% on $77,736.62; Claim# SURPLUS; Filed: $77,736.62; Reference: Voided on 12/18/14 | 8200-003 | | 77,736.62 | 22,600.59 |
| 12/18/14 | 108 | DAHLENBURG, DEAN L | Dividend paid 100.00% on $77,736.62; Claim# SURPLUS; Filed: $77,736.62; Reference: Voided: check issued on 12/18/14 | 8200-003 | | -77,736.62 | 100,337.21 |
| 12/18/14 | 109 | FIA CARD SERVICES, N.A. | Combined Check for Claims#3,3I | | | 7,724.78 | 92,612.43 |
| | | | Dividend paid 100.00% on $7,692.03; Claim# 3; Filed: $7,692.03 | 7100-000 | 7,692.03 | | 92,612.43 |
| | | | Dividend paid 100.00% on $32.75; Claim# 3I; Filed: $32.75 | 7990-000 | 32.75 | | 92,612.43 |
| 12/18/14 | 110 | Midland Funding LLC | Combined Check for Claims#2,2I | | | 5,902.37 | 86,710.06 |
| | | | Dividend paid 100.00% on $5,877.35; Claim# 2; Filed: $5,877.35 | 7100-000 | 5,877.35 | | 86,710.06 |
| | | | Dividend paid 100.00% on $25.02; Claim# 2I; Filed: $25.02 | 7990-000 | 25.02 | | 86,710.06 |
| 12/18/14 | 111 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#4,4I | | | 1,927.64 | 84,782.42 |
| | | | Dividend paid 100.00% | 7100-000 | 1,919.47 | | 84,782.42 |

Subtotals :      $236,410.00      $151,627.58

{} Asset reference(s)  
Printed: 02/18/2015 07:36 AM    V.13.21

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-80444  
**Case Name:** DAHLENBURG, DEAN L  
DAHLENBURG, GLORIA J  
**Taxpayer ID #:** **-***9783  
**Period Ending:** 02/18/15

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0066 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,919.47; Claim# 4;<br>Filed: $1,919.47 | | | | |
| | | | Dividend paid 100.00%   8.17<br>on $8.17; Claim# 4I;<br>Filed: $8.17 | 7990-000 | | | 84,782.42 |
| 12/18/14 | 112 | U.S. Bank, N.A. | Combined Check for Claims#1,1I | | | 7,045.80 | 77,736.62 |
| | | | Dividend paid 100.00%   7,015.93<br>on $7,015.93; Claim# 1;<br>Filed: $7,015.93 | 7100-000 | | | 77,736.62 |
| | | | Dividend paid 100.00%   29.87<br>on $29.87; Claim# 1I;<br>Filed: $29.87 | 7990-000 | | | 77,736.62 |
| 12/18/14 | 113 | Dean and Gloria Dahlenburg | Surplus to Debtors | 8200-002 | | 77,736.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 236,410.00 | 236,410.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 236,410.00 | 236,410.00 | |
| | | | Less: Payments to Debtors | | | 107,736.62 | |
| | | | **NET Receipts / Disbursements** | | **$236,410.00** | **$128,673.38** | |

| | |
|---|---|
| Net Receipts : | 236,410.00 |
| Less Payments to Debtor : | 107,736.62 |
| Net Estate : | $128,673.38 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******0066** | 236,410.00 | 128,673.38 | 0.00 |
| | $236,410.00 | $128,673.38 | $0.00 |

{} Asset reference(s)

Printed: 02/18/2015 07:36 AM    V.13.21